No. 981, Misc.  WILLIAMS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox* for the United States.

No. 985, Misc.  FRANANO *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 990, Misc.  McCLEARY *v.* CALIFORNIA.  District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 1008, Misc.  SCASSERRA *v.* PENNSYLVANIA.  Supreme Court of Pennsylvania.  Certiorari denied.  *Louis C. Glasso* for petitioner.

No. 1009, Misc.  STEVENS *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.

No. 1012, Misc.  McLAURIN *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 1013, Misc.  CUOMO *v.* WILKINS, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 1016, Misc.  RAMSEY *v.* HAND, WARDEN.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.*  *William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth* and *Park McGee,* Assistant Attorneys General, for respondent.